1
2
3
4               UNITED STATES DISTRICT COURT
5              EASTERN DISTRICT OF WASHIGNTON
6
7
 MALIA A. BAKER,                    No. CV-12-132-CI
8
            Plaintiff,              JUDGMENT IN A CIVIL CASE
9
    v.
10 CAROLYN W. COLVIN,
11 Commissioner of Social Security,
12
            Defendant.
13
14   **DECISION BY THE COURT**

15   This action came to hearing before the Court.  The issues have been heard
16 and a decision has been rendered.

17   **IT IS ORDERED AND ADJUDGED** that**:**

18   Defendant's Motion to Dismiss is **GRANTED**.  Plaintiff's Complaint and
19 claims are **DISMISSED WITH PREJUDICE**.  Judgment is entered for
20 Defendant.

21   DATED:  August 12, 2013
22
23                             SEAN McAVOY
                               District Court Executive/Clerk
24
25                             s/ L. Stejskal
                               Deputy Clerk
26
27
28